**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH C. OWENS, SB# 116075
  E-mail: owens@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant and Cross-Complainant
THE SHERWIN-WILLIAMS COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY, an unknown business entity, and DOES 1 through 10, inclusive,<br><br>Defendant.<br>_____<br>THE SHERWIN-WILLIAMS COMPANY,<br><br>Cross-Complainant,<br><br>v.<br><br>WECO SUPPLY COMPANY, a California Corporation; and ROES 1-10, inclusive,<br><br>Cross-Defendants.<br>_____ | CASE NO. 1:10-CV-00171-OWW-SMS<br><br>CTRM:  3<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT** |

Plaintiff and Cross-Defendant WECO SUPPLY COMPANY, INC., and Defendant and Cross-Complainant THE SHERWIN-WILLIAMS COMPANY, by and through their counsel of record, hereby agree and stipulate that Defendant will have an extension of

time from December 22, 2010 to January 7, 2011, to file its Answer to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: December 22, 2010        **LEWIS BRISBOIS BISGAARD & SMITH LLP**


By   /s/  Joseph C. Owens
          JOSEPH C. OWENS
Attorneys for Defendant and Cross-Complainant
THE SHERWIN-WILLIAMS COMPANY


DATED: December 22, 2010        **JONES HELSLEY PC**


By   /s/  Scott D. Laird
          SCOTT D. LAIRD
          MELISSA C. SCHMIDT
Attorneys for Plaintiff and Cross-Defendant
WECO SUPPLY COMPANY, INC.

IT IS SO ORDERED.

**Dated:   December 22, 2010**           **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE