**JONES HELSLEY, PC**
SCOTT D. LAIRD SB#: 190122
MELISSA C. SCHMIDT SB#: 267181
8365 North Fresno Street, Suite #310
P. O. Box 28340
Fresno, CA  93720
Tel: (559) 233-4800; Fax: (559) 233-9330

Attorneys for Plaintiff
WECO SUPPLY COMPANY, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH C. OWENS, SB# 116075
    E-mail: owens@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Tel: (213) 250-1800; Fax: (213) 250-7900

Attorneys for Defendant and Cross-Complainant
THE SHERWIN-WILLIAMS COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation, | CASE NO. 1:10-CV-00171-AWI-BAM |
| Plaintiff, | The Hon. Anthony W. Ishii<br>Courtroom 3 |
| v. | |
| THE SHERWIN-WILLIAMS COMPANY, an unknown business entity, and DOES 1 through 10, inclusive, | **STIPULATED AMENDMENT TO SCHEDULING CONFERENCE ORDER; ORDER** |
| Defendant. | |
| AND RELATED CROSS-ACTION | |

Plaintiff WECO SUPPLY COMPANY, INC. and Defendant THE SHERWIN-WILLIAMS COMPANY, by and through their counsel of record, hereby stipulate and agree, and respectfully request, that the current Scheduling Order be amended as follows:

The parties have encountered delays in conducting discovery, first with respect to obtaining a necessary protective order for production of Plaintiff's financial records, and secondly, delays in the production of the records themselves.

The parties now believe they have sufficient documents to proceed with depositions, and anticipate a prompt conclusion to the remaining discovery of percipient witnesses to be conducted, and respectfully request the following revisions on that basis:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Discovery Cut-Off: | September 30, 2011 | January 15, 2012 |
| Non-Dispositive Motion Filing Deadline: | October 10, 2011 | January 31, 2012 |
| Non-Dispositive Motion Hearing Date: | November 7, 2011 | February 27, 2012 |
| Dispositive Motion Filing Deadline: | October 21, 2011 | March 28, 2012 |
| Dispositive Motion Hearing Date: | November 18, 2011 | April 27, 2012 |
| Settlement Conference Date: | December 13, 2011 | May 4, 2012 |
| Pre-Trial Conference Date: | January 9, 2012 | May 25, 2012 |
| New Trial Date: | February 6, 2012 | July 2, 2012 |

Dated:  October 14, 2011      JONES HELSLEY, PC

By: /s/   *Scott D. Laird*
Scott D. Laird
Attorneys for Plaintiff
WECO SUPPLY COMPANY, INC.

Dated:  October 14, 2011      LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/   *Joseph C. Owens*
Joseph C. Owens
Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

## **ORDER**

| | |
|---|---|
| New Discovery Cut-Off: | January 15, 2012 |
| New Non-Dispositive Motion Filing Deadline: | January 31, 2012 |
| New Non-Dispositive Motion Hearing Date: | February 24, 2012 |
| New Dispositive Motion Filing Deadline: | March 28, 2012 |
| New Dispositive Motion Hearing Date: | April 30, 2012 |
| New Settlement Conference Date: | May 3, 2012 at 9:30am Judge McAuliffe |
| New Pre-Trial Conference Date: | May 25, 2012 at 8:30am Judge Ishii |
| New Trial Date: | July 9, 2012 at 8:30 am Judge Ishii |

IT IS SO ORDERED.

Dated:   October 18, 2011                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE