**JONES HELSLEY, PC**
SCOTT D. LAIRD SB#: 190122
MELISSA C. SCHMIDT SB#: 267181
8365 North Fresno Street, Suite #310
P. O. Box 28340
Fresno, CA  93720
Tel: (559) 233-4800; Fax: (559) 233-9330

Attorneys for Plaintiff
WECO SUPPLY COMPANY, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH C. OWENS, SB# 116075
   E-mail: owens@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Tel: (213) 250-1800; Fax: (213) 250-7900

Attorneys for Defendant and Cross-Complainant
THE SHERWIN-WILLIAMS COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation, | CASE NO. 1:10-CV-00171-AWI-BAM |
| Plaintiff, | The Hon. Anthony W. Ishii<br>Courtroom 3 |
| v. | |
| THE SHERWIN-WILLIAMS COMPANY, an unknown business entity, and DOES 1 through 10, inclusive, | **STIPULATED AMENDMENT TO SCHEDULING CONFERENCE ORDER; ORDER** |
| Defendant. | |
| AND RELATED CROSS-ACTION | |

Plaintiff WECO SUPPLY COMPANY, INC. and Defendant THE SHERWIN-WILLIAMS COMPANY, by and through their counsel of record, hereby stipulate and agree, and respectfully request, that the current Scheduling Order be amended as follows:

1  The parties have encountered delays in conducting discovery, first with
2 respect to obtaining a necessary protective order for production of Plaintiff's
3 financial records, and secondly, delays in the production of the records themselves.
4  The parties now believe they have sufficient documents to proceed with
5 depositions, and anticipate a prompt conclusion to the remaining discovery of
6 percipient witnesses to be conducted, and respectfully request the following revisions
7 on that basis:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Discovery Cut-Off: | September 30, 2011 | January 15, 2012 |
| Non-Dispositive Motion Filing Deadline: | October 10, 2011 | January 31, 2012 |
| Non-Dispositive Motion Hearing Date: | November 7, 2011 | February 27, 2012 |
| Dispositive Motion Filing Deadline: | October 21, 2011 | March 28, 2012 |
| Dispositive Motion Hearing Date: | November 18, 2011 | April 27, 2012 |
| Settlement Conference Date: | December 13, 2011 | May 4, 2012 |
| Pre-Trial Conference Date: | January 9, 2012 | May 25, 2012 |
| New Trial Date: | February 6, 2012 | July 2, 2012 |

Dated: October 14, 2011    JONES HELSLEY, PC

By: /s/ *Scott D. Laird*
Scott D. Laird
Attorneys for Plaintiff
WECO SUPPLY COMPANY, INC.

Dated: October 14, 2011    LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ *Joseph C. Owens*
Joseph C. Owens
Attorneys for Defendant
THE SHERWIN-WILLIAMS COMPANY

LEWIS BRISBOIS
-2-
STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER

# **ORDER**

| | |
|---|---|
| New Discovery Cut-Off: | January 15, 2012 |
| New Non-Dispositive Motion Filing Deadline: | January 31, 2012 |
| New Non-Dispositive Motion Hearing Date: | February 24, 2012 |
| New Dispositive Motion Filing Deadline: | March 28, 2012 |
| New Dispositive Motion Hearing Date: | April 30, 2012 |
| New Settlement Conference Date: | May 3, 2012 at 9:30am Judge McAuliffe |
| New Pre-Trial Conference Date: | May 25, 2012 at 8:30am Judge Ishii |
| New Trial Date: | July 9, 2012 at 8:30 am Judge Ishii |

IT IS SO ORDERED.

Dated:   October 18, 2011              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE