IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| WECO SUPPLY COMPANY, INC., a California corporation | 1:10-CV-171 AWI BAM |
|---|---|
| Plaintiff, | ORDER VACATING APRIL 23, 2012 HEARING DATE AND TAKING PLAINTIFF'S MOTION FOR RECONSIDERATION UNDER SUBMISSION |
| v. | |
| THE SHERWIN-WILLIAMS COMPANY, | |
| Defendant. | (Doc. 46) |
| AND RELATED CROSS-ACTION | |

Currently pending before this Court is Plaintiff and Cross-Defendant Weco Supply Company, Inc.'s request for reconsideration of the Magistrate Judge's ruling denying Plaintiff's request to extend the discovery cut-off.  <u>See</u> Court's Docket, Doc. No. 46.  This motion is set for hearing on April 23, 2012 at 1:30 p.m. in Courtroom 2.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  <u>See</u> Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 23, 2012, is VACATED, and the parties shall not appear at that time.  As of April 23, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 17, 2012

CHIEF UNITED STATES DISTRICT JUDGE