IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation<br><br>           Plaintiff,<br><br>    v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>           Defendant.<br><br>AND RELATED CROSS-ACTION | 1:10-CV-00171 AWI BAM<br><br>ORDER VACATING MAY 14, 2012 HEARING DATE AND TAKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION UNDER SUBMISSION<br><br>(Doc. 47) |

   Currently pending before this Court is Defendant and Cross-Claimant The Sherwin-Williams Company's motion for summary judgment or, in the alternative, summary adjudication of issues.  See Court's Docket, Doc. No. 47.  This motion is set for hearing on May 14, 2012 at 1:30 p.m. in Courtroom 2.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 14, 2012, is VACATED, and the parties shall not appear at that time.  As of May 14, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 8, 2012                                      _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE