# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION | 1:10-CV-00171 AWI BAM<br><br>ORDER CONTINUING PRETRIAL CONFERENCE TO JUNE 8, 2012<br><br>(Doc. 64) |

    On May 10, 2012, the parties filed a joint stipulation to continue the pre-trial conference to June 14, 2012, due to the pending motion for summary judgment. <u>See</u> Court's Docket, Doc. No. 64. In light of the July 10, 2012 trial date, the Court will continue the pre-trial conference to June 8, 2012. The parties are directed to file a joint pre-trial conference statement in accordance with Local Rule 281(a)(2).

IT IS SO ORDERED.

Dated:   May 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE