IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>　　　　　　Defendant.<br><br>AND RELATED CROSS-ACTION | 1:10-CV-00171 AWI BAM<br><br>ORDER VACATING OCTOBER 15, 2012 HEARING DATE AND TAKING DEFENDANT'S MOTION FOR ATTORNEY FEES UNDER SUBMISSION<br><br>(Doc. 74) |

　　Currently pending before this Court is Defendant and Cross-Claimant The Sherwin-Williams Company's motion for attorney's fees. *See* Court's Docket, Doc. No. 74. This motion is set for hearing on October 15, 2012 at 1:30 p.m. in Courtroom 2. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. *See* Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 15, 2012, is VACATED, and the parties shall not appear at that time. As of October 15, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 4, 2012　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE