IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation )<br>)<br>Plaintiff,    )<br>)<br>v.            )<br>)<br>THE SHERWIN-WILLIAMS COMPANY, )<br>)<br>Defendant.    )<br>_____ )<br>)<br>AND RELATED CROSS-ACTION   )<br>_____ ) | 1:10-CV-00171 AWI BAM<br><br>ORDER REGARDING DEFENDANT'S REQUEST FOR CLARIFICATION<br><br>(Doc. No. 82) |

On January 3, 2013, the Court issued an Order denying Defendant and Cross-Claimant Sherwin-Williams' Motion for Attorney's Fees. *See* Court's Docket, Doc. No. 81. Sherwin-Williams' Motion for Attorney's Fees requested both attorney's fees and expert fees under California Civil Code § 3426.4. *See id.*, Doc. No. 74. Sherwin-Williams now seeks clarification of the Court's ruling on the requested $13,361.50 in expert fees, and requests a supplemental order awarding Sherwin-Williams the expert fees. *See id.*, Doc. No. 82. Finding that there was no showing of subjective bad faith, as required under § 3426.4, the Court's Order expressly stated, "[a]ccordingly, Sherwin-Williams' motion for attorneys' fees *and expert fees* pursuant to California Civil Code § 3426.4 is denied." *See id.*, Doc. No. 81, 6:3-5. Thus, no clarification or modification of the Court's Order is necessary. Sherwin-Williams' request for expert fees remains DENIED.

IT IS SO ORDERED.

Dated:   January 11, 2013                              _____
                                                                              UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2