IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS-ACTION | 1:10-CV-00171 AWI BAM<br><br>ORDER REGARDING DEFENDANT'S REQUEST FOR CLARIFICATION<br><br>(Doc. No. 82) |

　　On January 3, 2013, the Court issued an Order denying Defendant and Cross-Claimant Sherwin-Williams' Motion for Attorney's Fees. *See* Court's Docket, Doc. No. 81. Sherwin-Williams' Motion for Attorney's Fees requested both attorney's fees and expert fees under California Civil Code § 3426.4. *See id.*, Doc. No. 74. Sherwin-Williams now seeks clarification of the Court's ruling on the requested $13,361.50 in expert fees, and requests a supplemental order awarding Sherwin-Williams the expert fees. *See id.*, Doc. No. 82. Finding that there was no showing of subjective bad faith, as required under § 3426.4, the Court's Order expressly stated, "[a]ccordingly, Sherwin-Williams' motion for attorneys' fees *and expert fees* pursuant to California Civil Code § 3426.4 is denied." *See id.*, Doc. No. 81, 6:3-5. Thus, no clarification or modification of the Court's Order is necessary. Sherwin-Williams' request for expert fees remains DENIED.

IT IS SO ORDERED.

Dated: 　January 11, 2013　　　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2