IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., a California corporation<br><br>          Plaintiff,<br><br>     v.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>          Defendant.<br><br>AND RELATED CROSS-ACTION | 1:10-CV-171 AWI BAM<br><br>ORDER VACATING APRIL 1, 2013 HEARING DATE AND ORDER FOR EXPEDITED BRIEFING |

Currently pending before this Court is Weco Supply Company, Inc.'s motion for a 14 day extension of time in which to file an appeal. Weco filed this motion on February 19, 2013, and hearing on the matter is set for April 1, 2013. The Court has reviewed the motion, and does not see a reason why this matter should be pending until April 1. Since the issues raised by Weco are not complex, the Court will vacate the April 1, 2013, hearing date and order expedited briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 1, 2013, hearing date is VACATED;

2. Sherwin Williams Co. shall file either an opposition or notice of non-opposition to Weco's motion (Doc. No. 84) on or by February 28, 2013;[1]

3. Weco may file a reply on or by March 7, 2013; and

4. The Court will issue its opinion after all briefing has been received.[2]

IT IS SO ORDERED.

Dated:   February 20, 2013

                                             SENIOR DISTRICT JUDGE

---

[1] If Sherwin Williams decides not to oppose Weco's motion, then it is encouraged to file a notice of non-opposition sooner than February 28.

[2] After receiving the briefing, if the Court determines that oral argument would be helpful, then it will set a new hearing date at that time.