IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WECO SUPPLY COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE SHERWIN-WILLIAMS COMPANY; )<br>and DOES 1 through 10, inclusive, )<br>)<br>Defendants. )<br>_____ )<br>)<br>AND RELATED CROSS-ACTION )<br>_____ ) | 1:10-cv-00171-AWI-BAM<br><br>ORDER RE: MOTION FOR<br>EXTENSION OF TIME TO<br>FILE APPEAL<br><br>(Doc. 84) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On January 3, 2013, the Court entered judgment in favor of defendant The Sherwin-Williams Company ("Defendant") and against plaintiff Weco Supply Company, Inc. ("Plaintiff") pursuant to orders re: summary judgment and attorneys' fees issued May 25, 2012, August 7, 2012 and January 3, 2013. On February 19, 2013, Plaintiff filed a motion to reopen the time to file an appeal for a period of fourteen days pursuant to Federal Rule of Appellate Procedure 4(a)(6). Defendant filed its opposition to Plaintiff's motion on February 28, 2013. Under Federal Rule of Appellate Procedure 4(a)(5)(A), "[t]he district court may extend the time to file a notice of appeal if: [¶] (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and [¶] (ii) regardless

of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause." Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds the motion is timely and that good cause exists. Accordingly, Plaintiff's motion to reopen time to file an appeal is GRANTED. The time to file an appeal is hereby reopened for fourteen days from the date of entry of this order.

IT IS SO ORDERED.

Dated:    March 1, 2013

SENIOR DISTRICT JUDGE